# Complaint

## Marshall v. Aldous & Associates P.L.L.C. , Transunion

Docket #: ~~523cv106~~ *KM*

State of Georgia

County of Bleckley

KAREEM MARSHALL, being duly sworn, deposes and states as follows under penalty of perjury:

1) My name is KAREEM MARSHALL, and my current residence address is 486 GA-87 South, Lot 16, Cochran, Georgia, 31014.

2) The purpose of this Complaint is to Request Remediation.

3) The following company, "Aldous & Associates P.L.L.C.," is located at **4625 S 2300 E. Holladay, UT 84117**, combined in a monopolizing way with "Transunion," located at **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092**, to form a combination that would sustain control within the debt collection and credit reporting industries, using

oppression, fraudulent activities, wanton behavior, and malicious acts. The companies have persistently administered cruel and unjust treatment for a longer duration. Due to their wanton conduct, I have sustained several pecuniary and non-pecuniary damages. With their implementation of fraudulent activities, I have maliciously been tortured for a fraction of my life. The discriminatory acts and communications have defamed my character and reputation. As a blind dependent of a veteran, I may never fully heal from the trauma sustained by the several causes of action listed below. Also mentioned below are my rights and request for remedy:

## **DAMAGES & REMEDY**

4) I have the right to remedy all damages sustained from their willful acts of hate based on the following.

- TITLE 18 U.S.C. 1964(c) Remedy for RICO
- TITLE 42 U.S.C. 1983 CIVIL ACTION FOR DEPRIVATION OF RIGHTS
- TITLE 15 U.S.C. 1692K CIVIL LIABILITIES FDCPA
- TITLE 15 U.S.C. 1681N CIVIL LIABILITIES FCRA
- TITLE 15 U.S.C. 1681O CIVIL LIABILITIES FCRA

- o TITLE 18 U.S.C. 241 CONSPIRACY OF RIGHTS
- o TITLE 18 U.S.C. 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
- o TITLE 42 U.S.C. 1981 A, B, AND C
- o TITLE 18 U.S.C. 1028
- o TITLE 18 U.S.C. 1028A

5) As for my REQUEST FOR REMEDIATION:
6) These statements of facts are intended to convey my unwavering stance on the matter and assertively demand that these companies take full responsibility for their actions and make things right.

- I demand that these violations be rectified immediately and that I receive compensation for the damages incurred due to these violations. Please take prompt action on this matter.
- The damages incurred are listed as the following: Adverse action for loan applications amounting to $9500 for the violating act. Therefore, these damages are per violation; The current and future need for mental health treatment is two counseling sessions per week for 52 weeks. The high levels of fear, depression, anxiety, anger, fatigue, insomnia, chronic changes in appetite, difficulty making decisions and concentrating, and social

3

withdrawal were sustained due to violations committed by Transunion and Aldous & Associates P.L.L.C.

- I also sustained persistent physical aches and pains due to Transunion and Aldous & Associates P.L.L.C. violations. The courts have acknowledged that emotional distress can result in physical symptoms and be eligible for compensation in certain cases. In Portee v. Jaffee (1980) and Burgess v. Superior Court (1992), plaintiffs could sue for damages stemming from emotional distress that caused physical symptoms. The court ruled that it constituted an injury for which damages were recoverable.

    A. I am requesting $12,229,120 in damages from Aldous & Associates P.L.L.C., including $11,229,120 in pecuniary damages and $1,000,000 in non-pecuniary damages. I assert that Aldous & Associates P.L.L.C. is responsible for the damages caused by the many violations mentioned within this communication. I am seeking relief for those damages.

    B. I am asking for $12,229,120 in damages from Transunion, including $11,229,120 in pecuniary damages and $1,000,000 in non-pecuniary damages. I claim that Transunion is responsible for the damages caused by its many violations mentioned within this communication. I am seeking relief for those damages.

  C. I propose a punitive relief of $1 billion to be paid jointly.

  D. If it becomes necessary to go to trial to resolve this matter, I request a jury trial within a U.S. District Court.

The total amount of actual damages per violation is $59,320. This sum is composed of three distinct components. The first component is future mental health expenses, which total $10,160. This amount is equivalent to the cost of two sessions per week for an entire year with a mental health counselor. The second component is future medical expenses, which total $10,000. This amount will support all physical ailments resulting from the damages caused. Finally, the third component is adverse actions, which total $9,500. These adverse actions were a direct result of the acts of the companies. They led to multiple unsuccessful attempts to obtain funding for family care, business needs, and medical treatments.

## CLAIMS

## Fair Debt Collection Practice Act

7) I am writing to notify you that my rights under the Fair Debt Collection Practices Act (F.D.C.P.A.) Section 809, Title 15 U.S.C. 1692G (b), Validation of Debt, has been violated by Aldous & Associates P.L.L.C. and Transunion. These companies have unlawfully used my personal identification information by making fraudulent reports to consumer reporting agencies without providing proof of validation. This is a violation of my rights under the F.D.C.P.A.

8) Exhibit C provides evidence of these ongoing violations—two counts of the violation, which resulted in damages totaling $59,320 as of 04/29/2022 and 05/31/2022. In contrast, Aldous & Associates P.L.L.C. has committed two counts of the violation, which resulted in damages amounting to $59,320. The violations occurred on 04/29/2022 and 05/31/2022.

9) Transunion has also committed violations, with a total of two counts of the violation, which resulted in damages amounting to $59,320, occurring on 04/29/2022 and 05/31/2022.

10) As of 04/29/2022 and 05/31/2022, Aldous & Associates P.L.L.C. and Transunion violated my rights under the FDCPA SECT. 807, Title 15 U.S.C. 1692E (2)(A) by falsely and misleadingly representing debt and using my personal identification information to create fraudulent reports for consumer reporting agencies. I have evidential proof of this in Exhibit C. Aldous & Associates P.L.L.C. committed two counts of violation, resulting in $59,320 in damages. These violations were committed on 04/29/2022 and 05/31/2022. I have evidential proof of all these violations in Exhibit C.

TransUnion also committed two counts of violations, resulting in $59,320 in damages. These violations were committed on 04/29/2022 and 05/31/2022. I have evidential proof of all these violations in Exhibit C.

11) I assert that Aldous & Associates P.L.L.C. and Transunion have violated my rights under FDCPA SECT. 807; Title 15 U.S.C. 1692E (5), through their false or misleading representation, as evidenced by "Exhibit C," which details their ongoing attempts to collect an unlawful debt without providing the necessary documentation (Proof of Validation). As a result of their actions detailed in Exhibit C, they have threatened to cause and have caused economic and emotional damage to me.

Aldous & Associates P.L.L.C. has committed two counts of these violations, resulting in damages of $59,320, as of 04/29/2022 and 05/31/2022, detailed in Exhibit C.

Transunion has also committed two counts of these violations, resulting in damages of $59,320, as of 04/29/2022 and 05/31/2022, detailed in Exhibit C.

Based on the evidence in Exhibit C, I assert that these violations have occurred, and I have suffered economic and emotional damage.

12) I assert Aldous & Associates P.L.L.C. and Transunion have violated my rights under; FDCPA SECT. 807; Title 15 U.S.C. 1692E (7) False or Misleading Representation. This assertion is based on the evidential proof provided in Exhibit C, which shows that these companies reported insulting and disgraceful imagery of me to other corporations, organizations, governments, and individuals through consumer reporting agencies.

13) Aldous & Associates P.L.L.C. committed two counts of this violation, resulting in damages of $59,320, as evidenced by Exhibit C. These violations were committed on the following date: 04/29/2022 and 05/31/2022.

14) Transunion committed two counts of this violation, resulting in damages of $59,320, as evidenced by Exhibit C. These violations were committed on the following date: 04/29/2022 and 05/31/2022.

15) As a firm statement of fact, I assert that the above companies have violated my rights under The Fair Debt Collection Practice Act FDCPA SECT. 807; Title 15 U.S.C. 1692E (7) False or Misleading Representation by reporting insulting and disgraceful imagery of me to other entities. The evidence in Exhibit C shows the violations incurred, which amount to a total of $118,640.

16) It is a fact that Aldous & Associates P.L.L.C. and TransUnion violated my rights under the Fair Debt Collection Practices Act (F.D.C.P.A.) Section 807; Title 15 U.S.C. 1692E (8) False or Misleading Representation by communicating fraudulent credit information to a consumer reporting agency that they knew or should have known to be false. This is evidenced by Exhibit C.

17) The lack of validation of the alleged debt serves as substantial evidence proving that before the reporting to the consumer reporting agencies, the credit information reported should have been known to be false.

18) of this violation on 04/29/2022 and 05/31/2022, resulting in $59,320 in damages.

19) Aldous & Associates P.L.L.C. committed two counts of this violation, resulting in $59,320 in damages. These counts were committed on 04/29/2022 and 05/31/2022, as evidenced by Exhibit C.

20) Transunion committed two counts of this violation, resulting in $59,320 in damages. These counts were committed on 04/29/2022 and 05/31/2022, as evidenced by Exhibit C.

21) I assert that Aldous & Associates P.L.L.C. and Transunion have violated my rights under the Fair Debt Collection Practices Act (F.D.C.P.A.) Section 807 and Title 15 U.S.C. 1692E (10) False or Misleading Representation. This is evident from Exhibit C, which demonstrates that these entities have reported false and torturous information to consumer reporting agencies without providing valid evidence to prove the accuracy of the information.

22) Aldous & Associates P.L.L.C., on the other hand, has committed two counts of this violation, resulting in damages amounting to $59,320. These counts are based on evidential proof as of 04/29/2022 and 05/31/2022, as demonstrated in Exhibit C.

23) Similarly, Transunion has committed two counts of this violation, resulting in damages amounting to $59,320. These counts are based on evidential proof as of 04/29/2022 and 05/31/2022, as demonstrated in Exhibit C.

24) In summary, I assert with confidence that Aldous & Associates P.L.L.C. and Transunion have violated my rights under the F.D.C.P.A. Section 807 and Title 15 U.S.C. 1692E (10) False or Misleading Representation. The evidential proof in Exhibit C demonstrates the false and torturous information reported to the consumer reporting agencies without providing valid evidence to prove the accuracy of the information. This has resulted in significant damages amounting to $118,640, and I firmly assert my right to seek redress for the harm caused.

25) It is a fact that Aldous & Associates P.L.L.C. and Transunion have violated my rights under the FDCPA SECT. 808 and Title 15 U.S.C. 1692F Unfair Practices. The evidence presented in Exhibit C shows that they have reported damaging information to a consumer reporting agency in an adverse manner while attempting to collect an unlawful debt that is not authorized by a valid agreement.

26) Aldous & Associates P.L.L.C. is responsible for two counts of these violations, resulting in damages of $59,320, as evidenced by Exhibit C. These violations occurred on the following date: 04/29/2022 and 05/31/2022, as evidenced by Exhibit C.

27) Transunion is responsible for two counts of these violations, resulting in damages of $59,320, as evidenced by Exhibit C. These violations occurred on the following date: 04/29/2022 and 05/31/2022, as evidenced by Exhibit C.

28) Based on the evidence presented in Exhibits A and C, it is a fact that Aldous & Associates P.L.L.C. and Transunion have violated my rights under the FDCPA SECT. 812; Title 15 U.S.C. 1692J Furnishing Certain Deceptive Forms. They had engaged in a lengthy history of using deceptive forms to create a false belief that I participated in the collection of an unlawful debt when I was actually not involved in the collection of the debt. This evidence is further supported by the lack of validation of the fraudulent debt.

29) Aldous & Associates P.L.L.C. has committed two counts of a violation resulting in $59,320 in damages, as evidenced in Exhibit C as of 04/29/2022 and 05/31/2022. Transunion has committed two counts of a violation resulting in $59,320 in damages, as evidenced in Exhibit C as of 04/29/2022 and 05/31/2022.

30) These violations by Aldous & Associates P.L.L.C. and Transunion have caused me significant harm and have resulted in substantial financial damages.

31) My rights under the F.C.R.A. Title 15 U.S.C. 1681B (A) Permissible Purpose of Consumer Report was violated by Aldous & Associates P.L.L.C. and Transunion. They unlawfully reported my consumer report to other consumer reporting agencies without a permissible purpose, as shown in Exhibit C. Aldous & Associates P.L.L.C. committed two violations on 04/29/2022 and 05/31/2022, resulting in $59,320 in damages. Transunion committed one violation on the following dates 04/29/2022 and 05/31/2022, resulting in $59,320 in damages. I have evidential proof, Exhibit C, to support all these violations.

## Fair Credit Reporting Act

32) I assert that Aldous & Associates P.L.L.C. and Transunion have blatantly violated my rights under the F.C.R.A. Title 15 U.S.C. 1681B (F) Permissible Purpose of Consumer Report. They have knowingly engaged in racketeering activities and unlawfully reported fraudulent consumer reports to consumer reporting agencies, as evidenced by Exhibit C.

33) Aldous & Associates P.L.L.C. is unequivocally responsible for two violations, with damages totaling $59,320, as of the following date: 04/29/2022 and 05/31/2022.

34) Transunion is unequivocally responsible for two violations, with damages totaling $59,320, as of the following date: 04/29/2022 and 05/31/2022.

35) I demand that these companies take immediate and steps to rectify the damage caused by their egregious and unlawful actions. They must provide prompt and just compensation for the damages incurred as a result of their actions.

36) Certainly, based on factual evidence, it can be concluded that Aldous & Associates P.L.L.C. and Transunion have committed violations under the F.C.R.A., Title 15 U.S.C. 1681Q Obtaining Information Under False Pretense. The evidence provided in Exhibit C demonstrates that the aforementioned entities knowingly obtained fraudulent information under false pretenses, resulting in damages.

37) Aldous & Associates P.L.L.C. committed two counts of violations, resulting in $59,320 in damages, on the following dates 04/29/2022 and 05/31/2022. Transunion committed two counts of violation, resulting in $59,320 in damages, on the following dates 04/29/2022 and 05/31/2022.

38) Therefore, it can be stated that Aldous & Associates P.L.L.C. and Transunion have violated my rights under the F.C.R.A. by knowingly obtaining fraudulent information under false pretenses, which has resulted in significant financial damages.

## The Rico Act

39) Assertively and clearly, I must state that I am a victim of identity theft, which has caused me significant financial loss and emotional distress. The companies responsible for these fraudulent acts, Aldous & Associates P.L.L.C. and Transunion have violated federal laws, including Title 18 U.S.C. 1001a,2 - Fraud Statements or Entries Generally; Title 18 U.S.C. 1001A,3 - Fraud Statements or Entries Generally; Title 18 U.S.C. 1028A - Aggravated Identity Theft; Title 18 U.S.C. 1028(A)(7) - Fraud Relating to Identity Theft; and Title 18 U.S.C. 1951 - Interfering with Commerce by Threats or Violence.

40) Their criminal behavior is clearly evident in Exhibit C, which exposes the racketeering activities they used to exploit and torment me. I demand justice for their actions, and I hope that the responsible parties are held accountable for their crimes.

41) I assert that Transunion committed 22 counts per violation specifically, 11 counts per violation on 04/29/2022 and 05/31/2022, and Aldous & Associates P.L.L.C. committed 22 counts per violation, respectively committed 11 counts per violation on 04/29/2022 and 05/31/2022. Such conspicuousness of fraudulent activities indicates that the companies deliberately engaged in criminal behavior, causing me harm and financial losses by way of their monopolizing actions.

42) Therefore, I request an organized approach to seeking justice for their crimes. The responsible parties must be held accountable for their criminal behavior, and appropriate legal action must be taken against them.

43) Based on the evidence presented in Exhibit C, it is my assertion that Aldous & Associates P.L.L.C. and Transunion have flagrantly violated my legal rights under the Racketeer Influenced and Corrupt Organizations Act (R.I.C.O. Act), Title 18 U.S.C. 1962 Prohibited Activities through their racketeering activities on 04/29/2022 and 05/31/2022. The actions taken by these entities have caused significant harm and damages, including torture and defamation, and constitute clear violations of the R.I.C.O. Act.

44) It is important to note that the R.I.C.O. Act provides for both criminal and civil penalties for individuals and organizations engaged in racketeering activities, and it is essential that we hold these parties accountable for their actions. As such, I demand that the responsible parties be held accountable for their violations and that I will be duly compensated for the damages incurred as a result of their misconduct.

45) Three significant cases that found credit bureaus in violation of the R.I.C.O. Act include Cortez v. TransUnion L.L.C., which awarded $750,000 to Sandra Cortez for false reporting; Miller v. Equifax Information Services L.L.C., which awarded $18.6 million to Julie Miller for failing to correct inaccuracies; and Royce v. Hahn Loeser & Parks

L.L.P., which awarded $1.26 million to Michael Royce for fraudulent judgments.

46) Aldous & Associates P.L.L.C., on the other hand, has committed two counts of this violation, resulting in damages. These counts are based on evidential proof as of 04/29/2022 and 05/31/2022, as demonstrated in Exhibit C.

47) Similarly, Transunion has committed two counts of this violation, resulting in damages. These counts are based on evidential proof as of 04/29/2022 and 05/31/2022, as demonstrated in Exhibit C.

48) My rights were violated based on the grounds of torture, as defined under Title 18 U.S.C. 2340 and relevant state laws, by Aldous & Associates P.L.L.C. and Transunion on 04/29/2022 and 05/31/2022. The evidence presented in Exhibit C shows clear instances of racketeering activities taken to inflict harm and defamation upon me, resulting in significant damages. It is imperative that the responsible parties be held accountable for their actions under the applicable federal and state laws.

## Defamation

49) Based on the evidential proof presented in Exhibit C, multiple counts of defamation were committed by Aldous & Associates P.L.L.C. and Transunion as of 04/29/2022 and 05/31/2022. These actions violate the protections provided by the First Amendment to the U.S. Constitution, Article 1, Section 7, which protects individuals from defamation and provides a cause of action for those who have been defamed. Georgia Code § 51-5-1 also provides a cause of action for defamation in Georgia, including libel and slander. Previous court cases, such as Equifax Credit Information Services, Inc. v. Weeks (1996), Noriega v. TransUnion L.L.C., and Choke v. Equifax, have upheld these laws and awarded damages to individuals who have been defamed by credit reporting agencies.

50) I assert that Transunion committed 22 counts per violation, specifically 11 counts on 04/29/2022 and 05/31/2022. Aldous & Associates P.L.L.C. committed 22 counts per violation, respectively 11 counts per violation on 04/29/2022 and 05/31/2022. Such conspicuousness of fraudulent activities indicates that the companies deliberately engaged in criminal behavior, causing me harm and financial losses through their monopolizing actions.

I hereby affirm the information above is true, accurate, and complete to the best of my knowledge and that no relevant information has been omitted.

Date: 05/11/23

Signature of Individual

Notary Public

Title and Rank

Danielle Hogan

Date of Commission Expiry

9/8/2025